FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

　　　　13 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Herrera, Marcos<br><br>　　　　　　　Defendant. | Case No.: SA09-381 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD CA___,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _family ties to Mexico; foreign travel experience; history of fta; prior prob revocation; lack of employment; substance abuse problem;_

1. _assoc w/multiple personal identifiers_
2. 
3.   and/or
4. B.  [X] The defendant has not met his/her burden of establishing by clear and
5. convincing evidence that he/she is not likely to pose a danger to the safety of any
6. other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7. finding is based on _conduct in committing new_
8. _offenses while under supervision;_
9. _criminal history record_

   IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

   DATED: _8/13/09_

   _[signature]_
   ROBERT N. BLOCK
   UNITED STATES MAGISTRATE JUDGE